IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-383-BO
NO. 5:13-CV-473-BO

| SANDRA ELLIOTT, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter comes before the court on petitioner's motion for release pending disposition of motion for rehearing. Because petitioner's motion for rehearing had already been denied when petitioner filed the instant motion, the motion [DE 123] is DENIED AS MOOT.

Petitioner filed a motion for rehearing before the United States Court of Appeals for the Fourth Circuit on July 14, 2015. [DE 13-1, Appeal 15-6423]. The Fourth Circuit denied this motion for rehearing on September 1, 2015. [DE 122]. On September 3, 2015, petitioner filed the instant motion seeking release pending the disposition of her motion for rehearing. [DE 123]. Since petitioner's motion for rehearing had already been denied prior to filing the instant motion, petitioner's motion for release pending its disposition [DE 123] is DENIED AS MOOT.

SO ORDERED, this ___ day of September, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE