IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 5:09-CR-383-BO-1
No. 5:18-CV-510-BO

| | |
|---|---|
| SANDRA ELLIOTT,<br>Petitioner, | )<br>)<br>) |
| v. | )    **REASSIGNMENT ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>) |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. Chief United States District Judge Terrence W. Boyle is no longer assigned to the case. **All future documents shall reflect the revised case numbers of 5:09-CR-383-FL-1 and 5:18-CV-510-FL.**

SO ORDERED. This the 4th day of January, 2019.

_____
Peter A. Moore, Jr.
Clerk of Court